

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2024

No. 04-23-00308-CV

**IN RE** Cirilo **VALDEZ**, Relator

Original Proceeding[1]

**ORDER**

On March 30, 2023, relator filed a petition for writ of mandamus, and, on June 2, 2023, relator filed an amended petition for writ of mandamus. This court has determined relator is not entitled to the relief sought. Therefore, relator's petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 24, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2024.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019CI24184, styled *Lockhill Hacienda, LLC v. Cirilo Valdez*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.